IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60694
Conference Calendar
_____


ALFA DAVIS,

                                        Plaintiff-Appellant,

versus


RICHARD ARMSTRONG,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:95-CV-274-S-A

- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Alfa Davis argues that the district court erred in
dismissing his 42 U.S.C. § 1983 complaint because there were not
adequate state post-deprivation remedies available to him.

     We have reviewed the record, the opinion of the district
court, and the brief, and find that the dismissal of the
complaint should be affirmed substantially for the reasons stated
by the district court, see Davis v. Armstrong, No. 4:95-CV-274-S-
A (N.D. Miss. Oct. 25, 1995), although on a different procedural

-------------------------

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

basis.  <u>See</u> <u>Holloway v. Gunnell</u>, 685 F.2d 150, 152 (5th Cir. 1982).

AFFIRMED.